In the Matter of Supplementary Proceedings: MECHANICS LUMBER CO., INC., Judgment Creditor, Respondent, v. SIDNEY COHEN, Judgment Debtor, Appellant. (H. MOTT BRENNAN, Receiver, Respondent.) — Determination unanimously affirmed, with twenty dollars costs and disbursements to the receiver-respondent. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ. [173 Misc. 605.]

HARRY V. LYONS and Another, Copartners, etc., Respondents, v. IRVING MEYERSON, Individually and as President of Fresh Water Fish Craft, United Sea Food Workers Union, Local No. 16975, Affiliated with the American Federation of Labor, an Unincorporated Association, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of MINNIE BUCKLEY, Deceased, as a Will of Real and Personal Property. MARGARET IRWIN PAYNE and Others, Contestants, Appellants; JOHN T. MAGAN and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

COPELAND EXHIBITS, INC., Respondent, v. KEM PLASTIC PLAYING CARDS, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. Bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of Standard Gas and Electric Company, Debtor, Appellant, v. H. M. BYLLESBY AND COMPANY and Others, Defendants, Impleaded with WALTER T. ROSEN and Others, Respondents.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of Standard Gas and Electric Company, Debtor, Appellant, v. H. M. BYLLESBY AND COMPANY and Others, Defendants, Impleaded with VICTOR EMANUEL and Others, Respondents.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of Standard Gas and Electric Company, Debtor, Appellant, v. H. M. BYLLESBY AND COMPANY and Others, Defendants, Impleaded with ALBERT S. CUMMINS, Respondent.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of Standard Gas and Electric Company, Debtor, Appellant, v. H. M. BYLLESBY AND COMPANY and Others, Defendants, Impleaded with AMEREX HOLDING CORPORATION, Respondent.— Judgment and order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL O. HASTINGS, as Special Trustee of Standard Gas and Electric Company, Debtor, Appellant, v. H. M. BYLLESBY AND COMPANY and Others, Defendants, Impleaded with FIRST SECURITY COMPANY (a Dissolved Corporation), Respondent. — Judgment and order unanimously affirmed, with twenty dollars costs and dis-